# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| Coast to Coast Claim Services, Inc., a Nevada Corporation, | ) ) ) No. 1:21-cv-4641 |
| Plaintiff, | ) ) |
| | ) Hon. Thomas M. Durkin |
| v. | ) Judge Presiding ) |
| Raymond T. Yagelski, III, an individual, and Billy Musgrove, an individual, | ) Hon. Susan E. Cox ) Magistrate Judge ) |
| Defendants. | ) ) |

## ORDER

Plaintiff's Motion to Deposit Temporary Restraining Order Bond with Clerk of Court [18] is granted. Coast to Coast is to deposit a $1,000 certified check with the Clerk of Court, to be deposited in the Court's Registry, which shall constitute the $1,000 bond as required by this Court's Temporary Restraining order (Dkt No. 16).

DATED: 9/8/2021

ENTER:

_Thomas M. Durkin_
Hon. Thomas M. Durkin
United States District Judge